IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| KARL ERWIN KING, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 120-129 |
| | ) | CV 120-154 |
| RONALD BRAWNER, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

_____

**O R D E R**
_____

Petitioner, an inmate at Baldwin State Prison in Hardwick, Georgia, brings the above-styled actions pursuant to 28 U.S.C. § 2254.  See King v. Brawner, CV 120-129 (S.D. Ga. Sept. 9, 2020); see also King v. Berry, CV 120-154 (S.D. Ga. Nov. 3, 2020).  In a Report and Recommendation ("R&R") issued on October 19, 2020, the Court recommended dismissal because Petitioner did not personally sign the petition or establish "next friend" standing, resulting in a lack of jurisdiction for the Court to rule on the petition.  King v. Brawner, CV 120-129 (S.D. Ga. Sept. 9, 2020).

On November 3, 2020, Petitioner filed a new, signed § 2254 petition, alleging the same grounds as the unsigned September 9th petition.  See King v. Berry, CV 120-154 (S.D. Ga. Nov. 3, 2020).  On that same day, Petitioner submitted a motion for extension of time to file objections explaining he has made attempts to produce a signed petition to the Court. (See CV 120-129, doc. no. 5.)  It appears Petitioner intended for the signed November 3rd petition to be filed in CV 120-129 to cure the jurisdictional defect.  Because the signed

November 3rd petition would cure the jurisdictional defect, the Court **DIRECTS** the **CLERK** to **CLOSE** CV 120-154, **REFUND** the $5.00 filing fee made in CV 120-154, and **DOCKET** CV 120-154, doc no. 1, in CV 120-129.  The Court therefore **VACATES** the October 19th R&R dismissing the original unsigned petition, (CV 120-129, doc. no. 3), and **DENIES AS MOOT** Petitioner's motion for an extension to file objections to the October 19th R&R, (CV 120-129, doc. no. 5).  Petitioner shall not be responsible for a second filing fee.  The Court reviews Petitioner's signed November 3rd petition in an accompanying R&R.

SO ORDERED this 9th day of November, 2020, at Augusta, Georgia.

                                                            _____
                                                            BRIAN K. EPPS
                                                            UNITED STATES MAGISTRATE JUDGE
                                                            SOUTHERN DISTRICT OF GEORGIA